Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866   Fax 818-461-5959
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, | ) |
| Plaintiff, vs. | ) Case No.: 2:12-CV-03044-WDK-FMOx |
| LUCIO MORENO CRUZ, et al, | ) **[RENEWAL OF JUDGMENT BY CLERK** |
| Defendant, | ) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Lucio Moreno Cruz, an individual d/b/a Paradise Bar, entered on April 2, 2013, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 2,180.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | **2,180.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **2,180.00** |
| f. | Interest after judgment (.14%) | $ | 30.50 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | **Total renewed judgment (add e, f and g)** | $ | **2,210.50** |

Dated: March 30, 2023          CLERK, by Deputy *Sharon Hall Brown*

Kiry A. Gray,
Clerk of U.S. District Court

Renewal of Judgment